MICHAEL BYRNE, Respondent, *v.* THE KNICKERBOCKER ICE COMPANY, Appellant.

(Argued June 13, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made December 7, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Michael M. Forrest* for appellant.

*Arthur C. Palmer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.